```
ROSIE MARIE MCCANN              PINEBELT CREDIT
121 CR 211                      127 N 15TH AVE
SHUBUTA, MS  39360              LAUREL, MS  39440



THOMAS C. ROLLINS, JR.          SERVICE FINANCE
THE ROLLINS LAW FIRM, PLLC      ATTN: BANKRUPTCY
P.O. BOX 13767                  555 SOUTH FEDERAL HWY
JACKSON, MS  39236              BOCA RATON, FL  33432



BLUE REEF RENTALS               SOUTH CENTRAL HOSPITAL
P.O. BOX 131                    1220 JEFFERSON ST
MENDENHALL, MS  39114           LAUREL, MS  39440



CREDIT ONE BANK                 SUMMIT FINANCIAL SERV
6801 CIMARRON RD                542 SOUTH ARCHUSA AVE
LAS VEGAS, NV  89113            QUITMAN, MS  39355



FAMILY CHOICE                   SUNBELT FCU
801 COURT ST                    ATTN: BANKRUPTCY
WAYNESBORO, MS  39367           6885 US HWY 49
                                HATTIESBURG, MS  39402



FIRST CONSUMER OF QUIT          TOWER LOAN
215 ARCHUSA AVE                 ATTN: BANKRUPTCY
QUITMAN, MS  39355              PO BOX 320001
                                FLOWOOD, MS  39232



LVNV FUNDING                    WAYNE GENERAL HOSPITAL
PO BOX 1269                     950 MATTHEW DRIVE
GREENVILLE, SC  29602           WAYNESBORO, MS  39367



MARCUS FIGGERS                  WAYNESBORO FINANCE
29 KEVIN FIGGERS RD             714 SPRING ST
WAYNESBORO, MS  39367           WAYNESBORO, MS  39367



MOHELA                          WAYNESBORO MONEY CENTE
ATTN: BANKRUPTCY                P.O. BOX 954
633 SPIRIT DR                   WAYNESBORO, MS  39367
CHESTERFIELD, MO  63005
```