PROCEEDING MEMO AND MINUTES OF
THE CHAPTER 7 § 341 MEETING
DATE: 10/17/25

IN RE: ROSIE MARIE MCCANN                                CASE NO: 25-51396-KMS

**APPEARANCES:**
(✓) DEBTOR 1                                              ( ) DEBTOR 2 (Spouse in Joint Cases)
    (✓) Required picture I.D. produced                    ( ) Required picture I.D. produced
    (✓) Required SSN verification produced                ( ) Required SSN verification produced
    (✓) Pay advices received                              ( ) Pay advices received

Credit counseling certificate (✓) filed ( ) not filed
Tax returns received for _____2024_____(years) on _____
Financial Documents were (✓) retained by trustee  ( ) returned to debtor(s)
( ) DEBTOR'S REPRESENTATIVE _____
(✓) ATTORNEY FOR DEBTOR(S): ___TC Rollins_____
( ) DEBTOR(S) APPEARED PRO SE
    YES ( ) NO ( ) If Pro Se, did anyone assist with preparation?
    YES ( ) NO ( ) If Yes, obtain completed pro se form.

THE MEETING OF CREDITORS WAS:
    (✓) HELD
    or
    ( ) NOT HELD
    or
    ( ) NOT CONCLUDED AND IS CONTINUED TO THE _____ DAY OF _____,
20____ AT _____ O'CLOCK _____.M.

YES (✓) NO( ) Attorney for debtor has filed statement of compensation pursuant to 11 U.S.C. §329.
CREDITOR(s) __Pine Belt Credit - Phil Johnson - No questions__
__First Consumer Financial (Memory Berry)__
DEBTOR(s) REQUIRED TO:
( ) AMEND Schedules and Statements within _____ Days of 341(a) Meeting.
( ) OTHER: _____
In accordance with Rule 6007, FRBP, the trustee announced an intention to abandon any interest in:
_____

ADDITIONAL NOTES: _____

DATED: __10/17/25__                    TRUSTEE: __DEREK A. HENDERSON__
Track # _____        or   Tape # _____ Side _____ Counter Start # _____