Certificate Number: 17082-MSS-DE-040384020

Bankruptcy Case Number: 25-51396



17082-MSS-DE-040384020

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on December 5, 2025, at 3:21 o'clock PM MST, ROSIE M MCCANN completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   December 5, 2025         By:   /s/Orsolya K Lazar

Name:   Orsolya K Lazar

Title:   Executive Director