United States Bankruptcy Court
Southern District of Mississippi

In re:                                                         Case No. 25-51396-KMS
Rosie Marie McCann                    Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6                                  User: mssbad                                    Page 1 of 2
Date Rcvd: Dec 17, 2025                     Form ID: 318                               Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rosie Marie McCann, 121 CR 211, Shubuta, MS 39360-9482 |
| 5565915 | + | Blue Reef Rentals, P.O. Box 131, Mendenhall, MS 39114-0131 |
| 5565917 | + | Family Choice, 801 Court St, Waynesboro, MS 39367-2429 |
| 5565918 | + | First Consumer of Quit, 215 Archusa Ave, Quitman, MS 39355-2352 |
| 5565920 | | Marcus Figgers, 29 Kevin Figgers Rd, Waynesboro, MS 39367 |
| 5565922 | + | Pinebelt Credit, 127 N 15th Ave, Laurel, MS 39440-4119 |
| 5565924 | + | South Central Hospital, 1220 Jefferson St, Laurel, MS 39440-4355 |
| 5565925 | + | Summit Financial Serv, 542 South Archusa Ave, Quitman, MS 39355-2330 |
| 5565926 | | Sunbelt FCU, Attn: Bankruptcy, 6885 Us Hwy 49, Hattiesburg, MS 39402 |
| 5565929 | + | Waynesboro Finance, 714 Spring St, Waynesboro, MS 39367-2709 |
| 5565930 | + | Waynesboro Money Cente, P.O. Box 954, Waynesboro, MS 39367-0954 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QDAHENDERSON.COM | Dec 18 2025 00:26:00 | Derek A Henderson T1, 1765-A Lelia Drive, Suite 103, Jackson, MS 39216-4820 |
| cr | + | Email/Text: member.solutions@sunbeltfcu.org | Dec 17 2025 19:25:00 | Sunbelt Federal Credit Union, 6885 US Highway 49 #3, Hattiesburg, MS 39402, UNITED STATES 39402-7807 |
| 5565916 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 17 2025 19:35:05 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5565919 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 17 2025 19:35:04 | LVNV Funding, Po Box 1269, Greenville, SC 29602-1269 |
| 5565921 | | Email/Text: EBN@Mohela.com | Dec 17 2025 19:25:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 5565923 | + | Email/Text: servicing@svcfin.com | Dec 17 2025 19:25:00 | Service Finance, Attn: Bankruptcy, 555 South Federal Hwy, Boca Raton, FL 33432-6033 |
| 5565927 | | Email/Text: bankruptcy@towerloan.com | Dec 17 2025 19:25:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5565928 | | Email/Text: twilliams@waynegeneralhospital.org | Dec 17 2025 19:24:00 | Wayne General Hospital, 950 Matthew Drive, Waynesboro, MS 39367 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Dec 17, 2025 | Form ID: 318 | Total Noticed: 19 |

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 19, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Derek A Henderson T1 | trustee@derekhendersonlaw.com  dhenderson@ecf.axosfs.com;denise@derekhendersonlaw.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Rosie Marie McCann trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

| *Information to identify the case:* | | | |
|---|---|---|---|
| Debtor 1 | **Rosie Marie McCann** | Social Security number or ITIN | **xxx−xx−4033** |
| | First Name   Middle Name   Last Name | EIN | _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | | |
| Case number: **25−51396−KMS** | | | |

## Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Rosie Marie McCann**
fka Rosie Marie Jackson

Dated: 12/17/25             **By the court:** /s/Katharine M. Samson
                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**